IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| **GLENN BEAUMONT** | § | |
| | § | |
| **V.** | § | **NO. 1:10-CV-405** |
| | § | |
| **MICHAEL J. ASTRUE,** | § | |
| **Commissioner of Social** | § | |
| **Security Administration** | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

The Court ordered that this matter be referred to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable law and orders of this Court.  Pursuant to such order, the Court has received and considered the Report of the United States Magistrate Judge recommending that Plaintiff's counsel be awarded attorney fees. No objections to the Report of the United States Magistrate Judge were filed.

The court concludes that the findings of fact and conclusions of law of the United States Magistrate Judge are correct and the Report of the United States Magistrate Judge is **ADOPTED**. An order granting application for attorney's fees and costs of court will be entered separately.

So **ORDERED** and **SIGNED** this **7**   day of **March, 2012.**

_____
Ron Clark, United States District Judge